# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

NEIL ANAND,

    Appellant

    v.

COMMONWEALTH OF PENNSYLVANIA,
PENNSYLVANIA INSURANCE
DEPARTMENT,

    Appellee

: No. 94 MAP 2024
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW,** this 7th day of April, 2025, as the Notice of Appeal was improvidently filed, it is TREATED as a Petition for Allowance of Appeal. *See* 42 Pa.C.S. § 723(a) ("The Supreme Court shall have exclusive jurisdiction of appeals from final orders of the Commonwealth Court entered in any matter which was *originally commenced* in the Commonwealth Court . . .") (emphasis added); *Pennsylvania Dept' of Aging v. Lindberg*, 469 A.2d 1012, 1017-18 (Pa. 1983) (Opinion Announcing Judgment of the Court); 42 Pa.C.S. § 724(b) (addressing treatment of improvident appeals); Pa.R.A.P. 1102 (same). Appellant is ALLOTTED fourteen (14) days from the date of this order to file a Petition for Allowance of Appeal that complies with Pa.R.A.P. 1115.